FILED

RECEIVED
MAR 27 2008
NAGELEY, MEREDITH & MILLER INC.

1   ANDREA M. MILLER (SBN: 88992)
    **NAGELEY, MEREDITH & MILLER, INC.**
2   8001 Folsom Blvd., Suite 100
    Sacramento, CA 95826
3   Telephone No.: (916) 386-8282
    Facsimile No.: (916) 386-8952
4

5   JAMES L. BUCHAL
    **MURPHY & BUCHAL LLP** (OSB: 921618)
6   2000 S.W. First Avenue, Suite 320
    Portland, OR 97201
7   Telephone No.: (503) 227-1011
    Facsimile No.: (503) 227-1034
8

9   Attorneys for Plaintiff
    HOMER T. MCCRARY
10

11                  **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13

14  HOMER T. MCCRARY,                      CV 08

15                  Plaintiff,              Case No.:        1592   RMW

16          v.                             APPLICATION OF JAMES L. BUCHAL   HRL
                                           TO APPEAR AS COUNSEL *PRO HAC*
17  CARLOS M. GUTIERREZ, in his official   *VICE*
    capacity as Secretary of Commerce, the
18  NATIONAL MARINE FISHERIES
    SERVICE, and RUSS M. STRACH, in his
19  official capacity as Assistant Regional
    Administrator of the Protected Resource
20  Division of the Southwest Region of the
    National Marine Fisheries Service,
21
                    Defendants.
22

23

24

25  I, James L. Buchal certify:

26          1.      I reside at 28998 S. Meridian Road, Hubbard, Oregon 97201. My business

27  address is 2000 S. W. First Avenue, Suite 320, Portland, Oregon, 97201.

28          2.      I have been admitted to practice before the following courts:

State Courts of Oregon: 04/23/1992

United States District Court, District of Oregon: 05/16/1994

United States District Court, Western District of Washington: 09/04/07

State Courts of Washington: 08/07/2001

United States District Court, Eastern District of New York: 03/24/1986

United States District Court, Southern District of New York: 03/24/1986

United States Court of Appeals, Ninth Circuit: 03/22/1994

3.    I am a member in good standing of the courts identified in paragraph two, except for the Eastern and Southern Districts of New York insofar as I have allowed my admissions to lapse. I am not currently suspended or disbarred in any court. I am not regularly employed in the State of California, and I do not regularly engage in substantial business, professional or other activities in the State of California, nor am I a California resident.

4.    I have filed an application to appear as counsel *pro hac vice* in California in cases active during the preceding two years as follows:

**Action:** *Central Coast Forest Association and Big Creek Lumber Co. v. California Fish and Game Commission*, Case Number: 05CS01617

Date of Application: February 3, 2006

Date Application Granted: February 23, 2006

**Action:** *McCrary v. Gutierrez*, Case Number: 06CV04174

Date of Application: January 20, 2006

Date Application Granted: January 25, 2006

**Action:** *Karuk Tribe of California and Leaf Hillman v. California Department of Fish and Game and Ryan Broddrick*, Case Number: RG05211597

Date of Application: December 30, 2005

Date Application Granted: January 26, 2006

5.    I request permission of the Court to appear as counsel *pro hac vice* in this matter on behalf of the Plaintiff Homer T. McCrary in association with the California counsel who has appeared in this action as attorney for the Plaintiff:

> ANDREA M. MILLER (SBN: 88992)
> NAGELEY, MEREDITH & MILLER, INC.
> 8001 Folsom Blvd., Suite 100
> Sacramento, CA 95826
> Telephone No.: (916) 386-8282
> Facsimile No.: (916) 386-8952

6.    I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 21, 2008

_____
JAMES L. BUCHAL