Clear Form

**UNITED STATES DISTRICT COURT**

Northern District of California

*E-FILED - 4/28/08*

HOMER T. MCCRARY,

                Plaintiff(s),

    v.

CARLOS M. GUTIERREZ, et al.,

                Defendant(s).
_____/

CASE NO. C-08-01592-RMW

)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

James L. Buchal, an active member in good standing of the bar of District of Oregon whose business address and telephone number (particular court to which applicant is admitted) is

MURPHY & BUCHAL LLP
2000 S.W. First Avenue
Suite 320
Portland, OR 97201
(503) 227-1011

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Homer T. McCrary.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/28/08

*Ronald M. Whyte*
_____
United States District Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**