AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| HOMER T. MCCRARY | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. CV-08-1592 |
| CARLOS M. GUTIERREZ et. al., | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Carlos M. Gutierrez
US Dept. of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James L. Buchal
Murphy & Buchal LLP
2000 SW First Ave., Ste. 320
Portland, OR 97206

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court
**Tiffany Salinas-Harwell**

Date: JUN 0 9 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*