| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| NAGELEY, MEREDITH & MILLER, INC.<br>8001 FOLSOM BLVD.<br>SUITE 100<br>SACRAMENTO, CA 95826<br>Telephone No: 916 386-8282    FAX No: 916-386-8952 | |
| Ref. No. or File No.: M1046-102 | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: HOMER T. MCCRARY | |
| Defendant: CARLOS M. GUTIERREZ | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date:<br>Fri, Aug. 01, 2008 | Time:<br>10:30AM | Dept/Div:<br>6 | Case Number:<br>CV-08-1592 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Contents Of Joint Case Management Statement; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Waiver Of Service Of Summons; Welcome To The United States District Court; Hearing Schedulesdrop Box Filing Procedures; Ecf Registration Information Handout

3. a. Party served:       NATIONAL MARINE FISHERIES SERVICE
   b. Person served:    JOAN CARACOZA, LEGAL SECRETARY, White, Female, 35 Years Old, Black Hair, 5 Feet 6 Inches, 175 Pounds

4. Address where the party was served:    SOUTHWEST REGIONAL OFFICE
   501 WEST OCEAN BLVD.
   SUITE 4200
   LONG BEACH, CA 90802

5. I served the party:
   b. **by substituted service**. On: Mon., Jun. 16, 2008 at: 12:00PM by leaving the copies with or in the presence of:
   JOAN CARACOZA, LEGAL SECRETARY, White, Female, 35 Years Old, Black Hair, 5 Feet 6 Inches, 175 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Jun. 17, 2008 from: SACRAMENTO, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: NATIONAL MARINE FISHERIES SERVICE
   Other: BUSINESS ORGANIZATION, FORM UNKNOWN.

7. *Person Who Served Papers:*      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. NOE LUGO
      d. *The Fee for Service was:* $83.00
      **2300 P Street**
      **Sacramento, CA 95816**
      **(916) 498-0808**
      **FAX (916) 498-0817**
      e. I am: (3) registered California process server
         (i)   Independent Contractor
         (ii)  *Registration No.:*   5605
         (iii) *County:*              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Tue, Jun. 17, 2008

(NOE LUGO)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

nageley.131648