| Attorney or Party without Attorney:<br>NAGELEY, MEREDITH & MILLER, INC.<br>8001 FOLSOM BLVD.<br>SUITE 100<br>SACRAMENTO, CA 95826 | | For Court Use Only |
|---|---|---|
| Telephone No: 916 386-8282     FAX No: 916-386-8952 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>M1046-102 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: HOMER T. MCCRARY |
| Defendant: CARLOS M. GUTIERREZ |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date:<br>Fri, Aug. 01, 2008 | Time:<br>10:30AM | Dept/Div:<br>6 | Case Number:<br>CV-08-1592 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WAIVER OF SERVICE OF SUMMONS; WELCOME TO THE UNITED STATES DISTRICT COURT; HEARING SCHEDULESDROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served:         RUSSELL M. STRACH
   b. Person served:        LETIA GATHRIGHT, CLERK, AUTHORIZED TO ACCEPT SERVICE; Black, Female, 29 Years Old, Black Hair, 5 Feet 3 Inches, 145 Pounds

4. Address where the party was served:    650 CAPITAL MALL
                                          SUITE 8-300
                                          SACRAMENTO, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 18, 2008 (2) at: 2:03PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JEFFREY W ABEGGLEN                              d. *The Fee for Service was:*    $125.00

   2300 P Street                                      e. I am: (3) registered California process server
   Sacramento, CA 95816                                  (i)   Independent Contractor
   (916) 498-0808                                        (ii)  Registration No.:    2007-63
   FAX (916) 498-0817                                    (iii) County:              Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jun. 18, 2008

(JEFFREY W ABEGGLEN)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

nageley.131647