| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| NAGELEY, MEREDITH & MILLER, INC.<br>8001 FOLSOM BLVD.<br>SUITE 100<br>SACRAMENTO, CA 95826<br>Telephone No: 916 386-8282   FAX No: 916-386-8952<br>Attorney for: Plaintiff | |
| Ref. No. or File No.: M1046-102 | |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: HOMER T. MCCRARY
Defendant: CARLOS M. GUTIERREZ

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date:<br>Fri, Aug. 01, 2008 | Time:<br>10:30AM | Dept/Div:<br>6 | Case Number:<br>CV-08-1592 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WAIVER OF SERVICE OF SUMMONS; WELCOME TO THE UNITED STATES DISTRICT COURT; HEARING SCHEDULESDROP BOX FILING PROCEDURES; ECF REGISTRATION INFORMATION HANDOUT

3. a. Party served: CARLOS M. GUTIERREZ
   b. Person served: JOE ANDREWS, AUTHORIZED TO ACCEPT SERVICE; White, Male, 30 Years Old, Brown Hair

4. Address where the party was served: US DEPT OF COMMERCE
   1401 CONSTITUTION AVENUE NW
   WASHINGTON, DC 20230

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jun. 13, 2008 (2) at: 3:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:
   a. OUT OF STATE SERVER
   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $125.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:
      (iii) County:

District of Columbia SS
Subscribed and Sworn to before me,
this 16 day of JUNE 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Sun, Jun. 15, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(OUT OF STATE SERVER)

nageley.131646