James L. Buchal, OSB: 92161
MURPHY & BUCHAL LLP
2000 S.W. First Avenue, Suite 320
Portland, OR 97201
jbuchal@mbllp.com
Telephone: 503-227-1011
Facsimile: 503-227-1034

Attorney *Pro Hac Vice* for Plaintiff
Homer T. McCrary

Andrea M. Miller, SBN: 88992
NAGELEY, MEREDITH & MILLER, INC.
8001 Folsom Blvd., Suite 100
Sacramento, CA 95826
amiller@nmlsawfirm.com
Telephone: 916-386-8282
Facsimile: 916-386-8952

Attorney for Plaintiff
Homer T. McCrary

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY,<br><br>　　　　　　Plaintiff,<br>　　v.<br>CARLOS M. GUTIERREZ, *et al.*,<br><br>　　　　　　Defendants. | Case No. CV 08-01592-RMW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED ON EXISTING ADMINISTRATIVE RECORD AND BRIEFS<br><br>Date:　August 22, 2008<br>Time:　9:00 a.m.<br>Judge:　Hon. Ronald M. Whyte<br>Courtroom 6, 4th Floor |

　　　Upon motion of plaintiff, and after hearing argument from defendants,

　　　IT IS HEREBY ORDERED, pursuant to Rules 1 & 16 of the Federal Rules of Civil Procedure that the Clerk shall transfer the Administrative Record and Document Nos. 37, 42, 46 & 48 in *McCrary v. Guitierrez*, No. C 06-04174JW (N.D. Cal. filed Jan. 12, 2006) into this case, and calendar the resulting cross-motions for summary judgment at the earliest available hearing date.

1 Defendants may filed a supplemental brief not to exceed ____ pages not less than ___ days prior to
2 the hearing date, and plaintiff may respond within seven days with a brief of equal or lesser length.
3       IT IS SO ORDERED.
4       Dated: _____, 2008.

_____
The Honorable Ronald M. Whyte
United States District Judge

Respectfully submitted by:

*/s/ James L. Buchal*
James L. Buchal OSB #92161
Attorney *Pro Hac Vice* for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I electronically filed the foregoing **"**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED ON EXISTING ADMINISTRATIVE RECORD AND BRIEFS" with the Clerk of Court using the CM/ECF system which will automatically send email notification to the following attorney of record:

> Robert P. Williams, Trial Attorney
> U.S. Department of Justice
> Environment & Natural Resources Division
> Wildlife & Marine Resources Section
> tel: (202) 305-0206
> fax: (202) 305-0275
> robert.p.williams@usdoj.gov

Dated: July 2, 2008.

By: */s/ Carole A. Caldwell*
        Carole A. Caldwell