RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206
Facsimile: (202) 305-0275

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY, | Case No. 08-cv-1592-RMW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| CARLOS M. GUTIERREZ, ET AL., | |
| Defendants. | |

The Court and counsel will please take notice that ROBERT P. WILLIAMS, of the United States Department of Justice, hereby enters his appearance as counsel for Federal Defendants in the above-captioned action. Mr. Williams is registered for Electronic Case Filing ("ECF"). Relevant address, telephone numbers, and contact information for Mr. Williams are as follows:

MAILING ADDRESS
Robert P. Williams
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

*McCrary v. Gutierrez et al.*, Case No. 08-cv-1592-RMW
Notice of Appearance

OVERNIGHT DELIVERY/STREET ADDRESS
Robert P. Williams
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street, NW, Room 3909
Washington, D.C. 20004

TELEPHONE AND FAX NUMBERS
Telephone: (202) 305-0206
Facsimile: (202) 305-0275

ELECTRONIC CORRESPONDENCE
robert.p.williams@usdoj.gov

Dated: July 7, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief

/s/ *Robert P. Williams*
ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206
Facsimile: (202) 305-0275

***Attorneys for Federal Defendants***