UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOMER T. MCCRARY,

    Plaintiff(s),

v.

CARLOS M. GUTIERREZ, et al.,

    Defendant(s).

CASE NO. CV-08-1592-RMW-HRL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
  request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 8, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| James L. Buchal | Plaintiff | 503-227-1011x2 | jbuchal@mbllp.com |
| Robert P. Williams | Defendants | 202-305-0206 | robert.p.williams@usdoj.gov |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7/7/08

                   Attorney for Plaintiff

Dated: 7/7/08

                   Attorney for Defendant

Rev 1.05