1

2

3

4

5

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 HOMER T. McCRARY,

11                 Plaintiff,

12     v.

13 CARLOS M. GUTIERREZ, et al.,

14                 Defendant.

*E-FILED - 7/22/08*

CASE NO.: C-08-01592-RMW

**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

15

16

17      PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled

18 matter which was previously set for August 1, 2008, has been continued to **August 15, 2008 @**

19 **10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6,

20 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are required to

21 file a Joint Case Management Statement by August 8, 2008.

     If the above-entitled matter settles counsel are required to notify the Court by contacting the

22 Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

23

24

25 DATED: <u>July 22, 2008</u>

26

27                             JACKIE GARCIA

28                             Courtroom Deputy for

                          Honorable Ronald M. Whyte

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Copy of Order E-Filed to Counsel of Record: