IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER T. McCRARY,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS M. GUTIERREZ, et al.,<br><br>    Defendant. | *E-FILED - 7/25/08*<br><br>CASE NO.: C-08-01592-RMW<br><br>**ORDER OF REFERRAL** |

The above-entitled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable James Ware for consideration of whether the case is related to *Homer T. McCrary vs. Carlos M. Gutierrez, et al. - Case No.: C-06-04174-JW.*

IT IS SO ORDERED.

DATED: July 25, 2008

*Ronald M Whyte*

RONALD M. WHYTE
U. S. District Judge

1
2
3   Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28