James L. Buchal, OSB: 92161
MURPHY & BUCHAL LLP
2000 S.W. First Avenue, Suite 320
Portland, OR 97201
jbuchal@mbllp.com
Telephone: 503-227-1011
Facsimile: 503-227-1034

Attorney *Pro Hac Vice* for Plaintiff
Homer T. McCrary

Andrea M. Miller, SBN: 88992
NAGELEY, MEREDITH & MILLER, INC.
8001 Folsom Blvd., Suite 100
Sacramento, CA 95826
amiller@nmlsawfirm.com
Telephone: 916-386-8282
Facsimile: 916-386-8952

Attorney for Plaintiff
Homer T. McCrary

***E-FILED - 8/5/08***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY,<br><br>    Plaintiff,<br>v.<br><br>CARLOS M. GUTIERREZ, *et al.*,<br><br>    Defendants. | Case No. CV 08-01592-RMW<br><br>STIPULATION FOR AN ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION FOR LEAVE TO APPEAR BY TELEPHONE<br><br>Date:  August 15, 2008<br>Time:  10:30 a.m.<br>Judge:  Hon. Ronald M. Whyte<br>Courtroom 6, 4th Floor |

There are currently two matters pending on this Court's calendar: a Case Management Conference (CMC) scheduled for August 15, 2008, and Plaintiff's Motion to Proceed on Existing Administrative Record and Briefs filed July 2, 2008, which motion is scheduled for hearing on

PAGE 1   STIPULATION FOR AN ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
MOTION FOR LEAVE TO APPEAR BY TELEPHONE
Case No. CV-08-01592-RMW

1  August 22, 2008.  Federal Defendants will file an opposition to Plaintiff's motion on or before
2  August 1.  The Parties to the above captioned matter, through their attorneys of record: James L.
3  Buchal, for Plaintiff, and Robert P. Williams, for Federal Defendants, hereby stipulate that the
4  Court may enter an order permitting the continuance of the CMC to August 22, 2008, thus
5  combining the two matters.

6      The basis for this stipulation is as follows:  the vacation plans of Mr. Buchal and the desire
7  of the Parties to minimize burden to the Court and themselves.  This case is an Administrative
8  Record review case, which the Parties anticipate will be resolved without the need for discovery and
9  through cross-motions for summary judgment.  The Parties therefore are confident that the matters
10 to be discussed and resolved during the CMC and the hearing on Plaintiff's motion can be
11 adequately addressed by telephone.  Lead counsel for both Parties also reside out-of-state, and
12 therefore granting this request would save considerable time and expense for the Parties.  Therefore,
13 pursuant to Local Rule 16-10(a), the Parties hereby request permission to participate in the CMC
14 and in the hearing on Plaintiff's motion by telephone.  For the foregoing reasons the parties request
15 that this court execute the Order below.

16     Respectfully submitted this July 25, 2008,

18 */s/  James L. Buchal*
James L. Buchal OSB #92161
19 MURPHY & BUCHAL LLP
2000 S.W. First Avenue, Suite 320
20 Portland, OR  97201
Tel:  503-227-1011
21 Fax:  503-227-1034
Attorney *Pro Hac Vice* for Plaintiff

23 */s/  Robert P. Williams*
Robert P. Williams, Trial Attorney
24 U.S. Department of Justice
Environment & Natural Resources Division
25 Wildlife & Marine Resources Section
Tel: (202) 305-0206
26 Fax: (202) 305-0275

27 Attorney for Federal Defendants

28

PAGE 2    STIPULATION FOR AN ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
           MOTION FOR LEAVE TO APPEAR BY TELEPHONE
                                       Case No. CV-08-01592-RMW

1  THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

2

3  Dated: ___8/5_____, 2008.

4

5

6  *Ronald M. Whyte*

Ronald M. Whyte, U.S. District Judge

7

8  *The Court grants the parties request to appear by telephone for the motion hearing and CMC.  The Clerk of Court will initiate the conference call on that day between the hours of 9:00 a.m. to 11:30 a.m.  Therefore, counsel are directly to fax over a letter to the Clerk with your direct phone numbers to: Jackie Lynn Garcia, Clerk,  Fax No.: (408) 535-5329.