James L. Buchal, OSB: 92161
MURPHY & BUCHAL LLP
2000 S.W. First Avenue, Suite 420
Portland, OR  97201
jbuchal@mbllp.com
Telephone:  503-227-1011
Facsimile:  503-227-1034

Attorney *Pro Hac Vice* for Plaintiff

Andrea M. Miller, SBN: 88992
NAGELEY, MEREDITH & MILLER, INC.
8001 Folsom Blvd., Suite 100
Sacramento, CA  95826
amiller@nmlsawfirm.com
Telephone:  916-386-8282
Facsimile:  916-386-8952

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY,<br><br>                    Plaintiff,<br><br>          v.<br><br>CARLOS M. GUTIERREZ, *et al*.,<br><br>                    Defendants. | Case No. CV 08-01592-RMW<br><br>PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS |

Plaintiff hereby gives notice of a change in address for Counsel James L. Buchal in the above captioned litigation.  Effective immediately, the new address is as follows:

James L. Buchal
2000 S.W. First Avenue, Suite 420
Portland, OR  97201

All other contact information will remain the same.

DATED:  August 7, 2008.

*/s/  James L. Buchal*
James L. Buchal OSB #92161

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2008, I electronically filed the foregoing "Plaintiff's Notice of Change of Address" with the Clerk of Court using the CM/ECF system which will automatically send email notification to the following attorney of record:

Robert P. Williams, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
tel: (202) 305-0206
fax: (202) 305-0275
robert.p.williams@usdoj.gov

Dated:  August 7, 2008

By: */s/ Carole A. Caldwell* _____
        Carole A. Caldwell