IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Homer T. McCrary,<br><br>　　　　Plaintiff,<br>　v.<br><br>Carlos M. Gutierrez, et al.,<br><br>　　　　Defendants.<br>_____/ | NO. C 08-01592 RMW<br>NO. C 06-04174 JW<br><br>**ORDER RE: RELATED CASE DETERMINATION** |

Homer T. McCrary ("Plaintiff") brings this action against Carlos Gutierrez, Secretary of Commerce, the National Marine Fisheries Service ("NMFS"), and Russ Strach, Assistant Administrator of the NMFS (collectively, "Defendants") for alleged violation of the Endangered Species Act, 16 U.S.C. § 1531, *et seq.* Before the Court is a *Sua Sponte* Judicial Referral for the Purpose of Determining whether this case is related to Homer T. McCrary v. Carlos Guterrez, et al., C 08-01592 RMW. See Civ. L.R. 3-12. (See 08-01592 RMW, Docket Item No. 18.)

Under Civ. L.R. 3-12(a), cases are related if: 1) they "concern substantially the same parties, property, transaction, or events" and 2) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Both 08-01592 RMW and 06-4174 JW involve identical parties and substantially similar claims. However, 06-4174 JW was dismissed at an early stage of the litigation for lack of subject matter jurisdiction; the Court did not consider the merits of Plaintiff's claims or review any

1  significant amount of the administrative records provided by the parties.   Thus, there will no
2  duplication of labor and expense or conflicting results if the cases are conducted before a different
3  judge.  Accordingly, the Court does not find that the cases are related within the meaning of Civ.
4  L.R. 3-12.

6  Dated:  August 7, 2008

                                      JAMES WARE
                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andrea Mocsny Miller amiller@NMLawFirm.com
James L. Buchal counsel@buchal.com
Robert Pendleton Williams robert.p.williams@usdoj.gov

**Dated: August 7, 2008**                                    **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**

United States District Court
For the Northern District of California