RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206
Facsimile: (202) 305-0275

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY, | Case No. 08-cv-1592-RMW |
| Plaintiff, | **NOTICE OF LODGING OF ADMINISTRATIVE RECORD** |
| v. | |
| CARLOS M. GUTIERREZ, ET AL., | Judge: Hon. Ronald M. Whyte<br>Courtroom 6, 4th Floor |
| Defendants. | |

PLEASE TAKE NOTICE that on August 14, 2008, Carlos Gutierrez, United States Secretary of Commerce, the National Marine Fisheries Service ("NMFS"), and Russ M. Strach, NMFS Assistant Regional Administrator of the Protected Resources Division of the Southwest Region (collectively "Federal Defendants"), will send for filing with the Court the administrative record in the above-captioned case. Defendants will provide the Court with a CD-Rom copy of the Amended Administrative Record as well as a courtesy CD-Rom copy for Judge Whyte's Chambers. Also on this date, Federal Defendants will send a CD-Rom copy to counsel for Plaintiff.

*McCrary v. Gutierrez et al.*, Case No. 08-cv-1592-RMW
Notice of Lodging of Administrative Record

Respectfully submitted: August 14, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief


/s/  Robert P. Williams
ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206
Facsimile: (202) 305-0275

***Attorneys for Federal Defendants***

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206
Facsimile: (202) 305-0275

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY, | Case No. 08-cv-1592-RMW |
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| v. | Judge: Hon. Ronald M. Whyte |
| CARLOS M. GUTIERREZ, ET AL., | Courtroom 6, 4th Floor |
| Defendants. | |

The Amended Administrative Record in the above-captioned case is in CD-Rom form, and is being maintained in the case file in the Clerk's office. It was not efiled for the following reason(s):

[X] Voluminous Document (PDF file size larger than the efiling system allows)

Dated: August 14, 2008

*McCrary v. Gutierrez et al.*, Case No. 08-cv-1592-RMW
Manual Filing Notification

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | RONALD J. TENPAS<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| 4 | |
| 5 | JEAN E. WILLIAMS, Chief<br>LISA L. RUSSELL, Assistant Chief |
| 6 | |
| 7 | /s/  *Robert P. Williams*<br>ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC)) |
| 8 | U.S. Department of Justice<br>Environment & Natural Resources Division |
| 9 | Wildlife & Marine Resources Section<br>Ben Franklin Station, P.O. Box 7369 |
| 10 | Washington, D.C. 20044-7369<br>Telephone: (202) 305-0206 |
| 11 | Facsimile: (202) 305-0275 |
| 12 | ***Attorneys for Federal Defendants*** |

*McCrary v. Gutierrez et al.*, Case No. 08-cv-1592-RMW
Manual Filing Notification              2