1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment & Natural Resources Division
   JEAN E. WILLIAMS, Chief
3  LISA L. RUSSELL, Assistant Chief
   ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
4  U.S. Department of Justice
   Environment & Natural Resources Division
5  Wildlife & Marine Resources Section
   Ben Franklin Station, P.O. Box 7369
6  Washington, D.C. 20044-7369
   Telephone: (202) 305-0206
7  Facsimile: (202) 305-0275

8  *Attorneys for Federal Defendants*

                IN THE UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY, | Case No. 08-cv-1592-RMW |
| Plaintiff, | **JOINT MOTION FOR CLARIFICATION OF AUGUST 8, 2008 ORDER** |
| v. | |
| CARLOS M. GUTIERREZ, ET AL., | Date: September 12, 2008 |
| Defendants. | Time: 9:00 a.m. & 10:30 a.m. |
| | Judge: Hon. Ronald M. Whyte |
| | Courtroom 6, 4th Floor |

Federal Defendants Carlos Gutierrez, United States Secretary of Commerce, the National Marine Fisheries Service ("NMFS"), and Russ M. Strach, NMFS Assistant Regional Administrator of the Protected Resources Division of the Southwest Region (collectively referred to as "NMFS"), joined by Plaintiff Homer McCrary, respectfully request clarification of the Court's August 8, 2008 Order (Dckt. No. 25), which continued the case management conference and the hearing date for Plaintiff's motion to proceed on existing administrative record and briefs to September 12, 2008. The August 8 Order states that the parties "are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted

1 without argument." 8/8/08 Order at 1.

2       This statement in the August 8 Order conflicts with the Court's August 5, 2008 Order, in
3 which the Court previously had granted the parties' joint request to appear by telephone for the
4 hearing and the case management conference. *See* Dckt. No. 21. The August 8 Order does not
5 reference the August 5 Order. The parties' preference remains to appear by telephone at the
6 hearing, for the reasons set forth in the parties' joint motion, Dckt. No. 19. In particular, this
7 case is an administrative record review case, which the parties anticipate will be resolved
8 without the need for discovery and through cross-motions for summary judgment. The Parties
9 therefore are confident that the matters to be discussed and resolved during the CMC and the
10 hearing on Plaintiff's motion can be adequately addressed by telephone. Lead counsel for both
11 parties also reside out-of-state, and therefore granting this request would save considerable time
12 and expense for the parties. Therefore, the parties respectfully request that the Court clarify the
13 August 8 Order to grant the parties leave to appear by telephone at the hearing on Plaintiff's
14 motion and the case management conference.

15       Respectfully submitted: August 19, 2008

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief


/s/ *Robert P. Williams*
ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206
Facsimile: (202) 305-0275

***Attorneys for Federal Defendants***

*McCrary v. Gutierrez et al.*, Case No. 08-cv-1592-RMW
Joint Mot. for Clarification of Aug. 8, 2008 Order    2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY, ) | Case No. 08-cv-1592-RMW |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER |
| CARLOS M. GUTIERREZ, ET AL., ) | |
| Defendants. ) | |
| _____) | |

The Court having received the parties' joint motion for clarification of August 8, 2008 order, and good cause appearing therefor,

ORDERS that the parties' request to appear by telephone at the September 12, 2008 case management conference and hearing on Plaintiff's motion to proceed on existing administrative record and briefs is GRANTED.

The parties shall be available at the following telephone numbers:

| | |
|---|---|
| James L. Buchal<br>Telephone: 503-227-1011 | Robert P. Williams<br>Telephone: 202-305-0206 |
| Attorney for Plaintiff | Attorney for Federal Defendants |

IT IS SO ORDERED.

Dated: August __, 2008

                RONALD M. WHYTE
                U.S. District Judge