```
1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment & Natural Resources Division
   JEAN E. WILLIAMS, Chief
3  LISA L. RUSSELL, Assistant Chief
   ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
4  U.S. Department of Justice
   Environment & Natural Resources Division
5  Wildlife & Marine Resources Section
   Ben Franklin Station, P.O. Box 7369
6  Washington, D.C. 20044-7369                    *E-FILED - 9/8/08*
   Telephone: (202) 305-0206
7  Facsimile: (202) 305-0275

8  Attorneys for Federal Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY, | Case No. 08-cv-1592-RMW |
| Plaintiff, | **STIPULATION TO TRANSFER ADMINISTRATIVE RECORD AND SUPPLEMENT TO ADMINISTRATIVE RECORD AND ORDER** |
| v. | |
| CARLOS M. GUTIERREZ, ET AL., | Date: September 12, 2008 |
| Defendants. | Time: 9:00 a.m. & 10:30 a.m. |
| | Judge: Hon. Ronald M. Whyte |
| | Courtroom 6, 4th Floor |

Pursuant to Civil Local Rules 7-11 and 7-12, Federal Defendants Carlos Gutierrez, United States Secretary of Commerce, the National Marine Fisheries Service ("NMFS"), and Russ M. Strach, NMFS Assistant Regional Administrator of the Protected Resources Division of the Southwest Region (collectively referred to as "NMFS"), joined by Plaintiff Homer McCrary, respectfully request that the Court transfer the paper copy of the administrative record and the supplement to the administrative record from the case file for *McCrary v. Gutierrez*, No. C 06-04174-JW (N.D. Cal. 2007) ("*McCrary I*") to the instant case. As grounds for the instant request, the parties agree and stipulate as follows:

    1.    The *McCrary I* case involved the same parties and legal issues as the instant case.

*McCrary v. Gutierrez et al.*, Case No. 08-cv-1592-RMW
Stipulation to Transfer Administrative Record

1   The case was dismissed without prejudice in December 2007 for lack of jurisdiction due to a
2   lack of 60-days written notice of Plaintiff's intent to sue, 16 U.S.C. § 1540(g)(2)(C). *See*
3   *McCrary v. Gutierrez*, 528 F. Supp. 2d 995 (N.D. Cal. 2007). Plaintiff filed the instant lawsuit
4   in March 2008 after providing written notice of his intent to sue.

5       2.  In *McCrary I*, NMFS had filed a certified administrative record, in both electronic
6   form (*i.e.*, on CD-Rom) and in paper form (consisting of three binders of documents), on or
7   about November 27, 2006. *See* Dckt. Nos. 22-24. NMFS subsequently filed a supplement to the
8   administrative record on February 22, 2007, in both electronic and paper form. *See* Dckt. Nos.
9   25-26.

10      3.  On July 2, 2008, Plaintiff filed motion in the instant case to proceed on the
11  administrative record and briefs from *McCrary I* (Dckt. No. 11).

12      4.  NMFS filed an opposition to Plaintiff's motion on July 30, 2008, in which NMFS
13  proposed an expedited litigation schedule for filing its answer, the administrative record, and
14  new cross-motions for summary judgment. *See* Dckt. No. 20. In particular, NMFS proposed
15  filing its administrative record in this case by August 15, 2008.

16      5.  As it indicated it would do, on August 15, 2008, NMFS filed the administrative
17  record in the above-captioned case. This administrative record is identical to the administrative
18  record filed in *McCrary I*, save for the new case number and caption information. The
19  administrative record in the instant case was filed in CD-Rom form only.

20      6.  Given that the administrative records in *McCrary I* and the instant case are
21  identical, the parties agree that transferring the paper copy of the administrative record and the
22  supplement to the administrative record from *McCrary I* to the instant case is in the interest of
23  justice, as it would conserve government resources by preventing NMFS from having to compile
24  a new paper copy of the administrative record for filing in the instant case.

25      7.  Although NMFS stipulates to the transfer the paper copy of the administrative
26  record and the supplement to the administrative record from *McCrary I* to the instant case,
27  NMFS continues to oppose transferring the summary judgment briefs from *McCrary I* to the
28  instant case, and instead would prefer to file updated summary judgment briefs. *See* Dckt. No.

20.

8. Wherefore, for the reasons set forth above, the parties hereby agree and stipulate to the transfer of the paper copy of the original administrative record from *McCrary v. Gutierrez*, No. C 06-04174-JW (N.D. Cal. 2007) (Dckt. Nos. 22-24), plus the paper copy of the supplement to the administrative record (Dckt. Nos. 25-26) to the above-captioned case.

Respectfully submitted: August 19, 2008

/s/  Robert P. Williams
ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206
Facsimile: (202) 305-0275

*Attorneys for Federal Defendants*

/s/  James L. Buchal
James L. Buchal OSB #92161
MURPHY & BUCHAL LLP
2000 S.W. First Avenue, Suite 420
Portland, OR  97201
Tel:  503-227-1011
Fax:  503-227-1034

*Attorney Pro Hac Vice for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerk shall transfer the paper copy of the original administrative record from *McCrary v. Gutierrez*, No. C 06-04174-JW (N.D. Cal. 2007) (Dckt. Nos. 22-24), plus the paper copy of the supplement to the administrative record (Dckt. Nos. 25-26) to the above-captioned case.

Dated: ~~August~~ September 8, 2008

_____
RONALD M. WHYTE
U.S. District Judge