**E-FILED on**   11/10/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY,<br><br>    Plaintiff,<br><br>  v.<br><br>CARLOS M. GUTIERREZ, et al.,<br><br>    Defendants. | No. C-08-01592 RMW<br><br>ORDER VACATING HEARING DATE |

    Plaintiff's motion for summary judgment presently set for hearing on November 21, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 21, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:    11/10/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING DATE—No. C-08-01592 RMW
JAS

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

James L. Buchal        counsel@buchal.com, ccaldwell@mbllp.com
Andrea Mocsny Miller   amiller@NMLawFirm.com

**Counsel for Defendants:**

Robert Pendleton Williams    robert.p.williams@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 11/10/08                             JAS
                                         **Chambers of Judge Whyte**