*E-FILED - 9/30/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HOMER T. MCCRARY,  )  Case No. 08-cv-1592-RMW
    Plaintiff,  )  **[] ORDER**
  v.  )
CARLOS M. GUTIERREZ, ET AL.,  )
    Defendants.  )
_____ )

    Having considered the parties' Joint Motion for Leave to File Excess Pages, and good cause appearing therefore,

    IT IS HEREBY ORDERED that the parties' Joint Motion for Leave to File Excess Pages is GRANTED.

    IT IS FURTHER ORDERED that Federal Defendants shall file a combined opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment not to exceed 30 pages of text, and Plaintiff shall file a combined opposition and reply brief not to exceed 30 pages of text.

Dated: September 30, 2009

_____
Ronald M. Whyte, U.S. District Judge