**E-FILED on** 2/8/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY,<br><br>  Plaintiff,<br><br>  v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as U.S. Secretary of Commerce, the NATIONAL MARINE FISHERIES SERVICE, and RUSS M. STRACH, in his official capacity as Assistant Regional Administrator of the Protected Resource Division of the Southwest Region of the National Marine Fisheries Service.<br><br>  Defendants. | No. C-08-01592 RMW<br><br>JUDGMENT |

On February 8, 2010, the court granted plaintiff's motion for summary judgment and denied defendants' cross-motion for summary judgment. The court hereby enters judgment remanding the case for proceedings consistent with that order.

DATED: 2/8/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-08-01592 RMW

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

James L. Buchal  counsel@buchal.com
Andrea Mocsny Miller  amiller@NMLawFirm.com

**Counsel for Defendants:**

Robert Pendleton Williams  robert.p.williams@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/8/10  CCL
**Chambers of Judge Whyte**